UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TROY WIGLEY,<br>        Petitioner, | Case No. 1:21-cv-452 |
| vs. | Barrett, J.<br>Bowman, M.J. |
| WARDEN, TEXAS<br>STATE PRISON,<br>        Respondent. | **REPORT AND<br>RECOMMENDATION** |

Petitioner has filed a motion to voluntarily dismiss his petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  (Doc. 3).[1]

Fed. R. Civ. P. 41(a)(1)(A) permits a party to dismiss an action without a Court order before the opposing party files an answer.  *See also* Rule 12 of the Rules Governing Habeas Corpus Cases under Section 2254 (stating that "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules").

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action should be **DISMISSED without prejudice.**

**IT IS SO RECOMMENDED.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

---

[1] On July 14, 2021, the undersigned issued an Order requiring petitioner to either pay the full $5.00 filing fee or file a motion for leave to proceed without prepayment of fees with thirty (30) days.  Petitioner was further ordered to show cause why the petition was not subject to dismissal for lack of exhaustion and/or lack of jurisdiction.  (*See* Doc. 2).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TROY WIGLEY,  
    Petitioner,

vs.

WARDEN, TEXAS STATE PRISON,  
    Respondent.

Case No. 1:21-cv-452

Barrett, J.  
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).