UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Troy Wigley,

    Petitioner,

       v.                                            Case No.   1:21-cv-452

Warden, Texas State Prison,                  Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 23, 2021 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, this action should be **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO ORDERED.**

                                                        *s/Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court